

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,790-01

### EX PARTE MARCEL DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W09-57260-R(A) IN THE 265TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of injury to a child and sentenced to fifty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Davis v. State*, No. 05-11-00585-CR (Tex. App.—Dallas Apr. 5, 2012) (not designated for publication).

On March 18, 2015, we remanded this application for a second response from counsel and further findings of fact and conclusions of law. After we received the supplemental record,

Applicant filed a motion with the Court. He contends that he has not received a copy of the supplemental record and that the District Clerk failed to comply with Article 11.07, § 7 of the Code of Criminal Procedure.

In these circumstances, additional facts are needed. The trial court is the appropriate forum for findings of fact. The trial court shall order the District Clerk to respond and state whether she complied with § 7 after the record was developed on remand. The trial court may use any means set out in TEX. CODE CRIM. PROC. art. 11.07, § 3(d).

If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall appoint an attorney to represent him at the hearing. TEX. CODE CRIM. PROC. art. 26.04.

After reviewing the District Clerk's response, the trial court shall determine whether she complied with § 7.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 45 days of the date of this order. Any extensions of time shall be obtained from this Court.


Filed: August 26, 2015
Do not publish